THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CHARLES MILLER *et al.,* Defendants-Appellants.

(Nos. 59846-7 cons.; )

First District (2nd Division)—December 10, 1974.

PER CURIAM.

Julius Lucius Echeles and Carolyn Jaffe, both of Chicago, for appellants.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Jerome Charles Randolph, Assistant State's Attorneys, of counsel), for the People.